**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

November 13, 2015

Ms. Kori Hosek
Court Reporter, 214th District Court
901 Leopard, Ste 902
Corpus Christi, TX 78401-3687
* DELIVERED VIA E-MAIL *

Hon. Jose Longoria
214th District Court
Nueces County Courthouse
901 Leopard, Room 902
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. Mark Skurka
District Attorney
901 Leopard Street, Room 205
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. Anne Lorentzen
District Clerk
901 Leopard St., Suite 313
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. John M. Lamerson
The Lamerson Law Firm
PO Box 241
Corpus Christi, TX 78403
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-15-00018-CR
Tr.Ct.No.  11-CR-1140-F
Style:    Drew Davis v. The State of Texas

Enclosed please find copy of an order issued by this Court on this date.

Very truly yours,

*Dorian E. Ramirez*

Dorian E. Ramirez, Clerk

DER:ch
Enc.